UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION

| | |
|---|---|
| QUICK PLUG B.V., a Netherlands private limited liability company, GERRIT DIJKSTRA, an individual, and GERRIT DIJKSTRA dba GERRIT DIJKSTRA AND PARTNERS,<br><br>Plaintiffs,<br><br>v.<br><br>INTERNATIONAL HORTICULTURAL TECHNOLOGIES, LLC, a California limited liability company, GARY R. HARTMAN, as managing member of INTERNATIONAL HORTICULTURAL TECHNOLOGIES, LLC, and the AMERICAN ARBITRATION ASSOCIATION, an entity of unknown form, dba the INTERNATIONAL CENTRE FOR DISPUTE RESOLUTION,<br><br>Defendants. | CASE NO. C13-3825-YGR<br><br>STIPULATION OF DISMISSAL<br><br>[CASE FILED AUGUST 19, 2013]<br><br>IT IS SO ORDERED<br>*Yvonne Gonzalez Rogers*<br>Judge Yvonne Gonzalez Rogers<br>10/11/2013 |

The parties International Horticultural Technologies, LLC; Gary Hartman, as managing member of IHORT; Gerrit Dijkstra; Gerrit Dijkstra and Partners; and Quick Plug B.V. hereby stipulate through their designated counsel that the above-captioned action be and hereby is dismissed pursuant to FRCP 41(a)(1)(A)(ii).

///

///

///

IT IS SO STIPULATED.

DATED:  OCTOBER 11, 2013            BERLINER COHEN

                                    BY:  /S/ KATHLEEN F. SHERMAN
                                         RALPH J. SWANSON
                                         KATHLEEN F. SHERMAN
                                         ATTORNEYS FOR PLAINTIFFS QUICK PLUG B.V.,
                                         GERRIT DIJKSTRA, AND GERRIT DIJKSTRA, DBA
                                         GERRIT DIJKSTRA AND PARTNERS

DATED:  OCTOBER 11, 2013            GRUNSKY, EBEY, FARRAR & HOWELL

                                    BY:  /S/ THOMAS N. GRIFFIN
                                         THOMAS N. GRIFFIN
                                         ATTORNEY FOR DEFENDANTS INTERNATIONAL
                                         HORTICULTURAL TECHNOLOGIES, LLC, AND
                                         GARY R. HARTMAN, AS MANAGING MEMBER OF
                                         INTERNATIONAL HORTICULTURAL
                                         TECHNOLOGIES, LLC