UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION

| | |
|---|---|
| QUICK PLUG B.V., a Netherlands private limited liability company, GERRIT DIJKSTRA, an individual, and GERRIT DIJKSTRA dba GERRIT DIJKSTRA AND PARTNERS,<br><br>          Plaintiffs,<br><br>    v.<br><br>INTERNATIONAL HORTICULTURAL TECHNOLOGIES, LLC, a California limited liability company, GARY R. HARTMAN, as managing member of INTERNATIONAL HORTICULTURAL TECHNOLOGIES, LLC, and the AMERICAN ARBITRATION ASSOCIATION, an entity of unknown form, dba the INTERNATIONAL CENTRE FOR DISPUTE RESOLUTION,<br><br>          Defendants. | CASE NO. C13-3825-YGR<br><br>STIPULATION OF DISMISSAL<br><br>[CASE FILED AUGUST 19, 2013]<br><br>*IT IS SO ORDERED*<br>*/s/ Yvonne Gonzalez Rogers*<br>Judge Yvonne Gonzalez Rogers<br>10/11/2013 |

The parties International Horticultural Technologies, LLC; Gary Hartman, as managing member of IHORT; Gerrit Dijkstra; Gerrit Dijkstra and Partners; and Quick Plug B.V. hereby stipulate through their designated counsel that the above-captioned action be and hereby is dismissed pursuant to FRCP 41(a)(1)(A)(ii).

///

///

///

IT IS SO STIPULATED.

DATED:  OCTOBER 11, 2013           BERLINER COHEN

BY:  /S/ KATHLEEN F. SHERMAN
     RALPH J. SWANSON
     KATHLEEN F. SHERMAN
     ATTORNEYS FOR PLAINTIFFS QUICK PLUG B.V.,
     GERRIT DIJKSTRA, AND GERRIT DIJKSTRA, DBA
     GERRIT DIJKSTRA AND PARTNERS

DATED:  OCTOBER 11, 2013           GRUNSKY, EBEY, FARRAR & HOWELL

BY:  /S/ THOMAS N. GRIFFIN
     THOMAS N. GRIFFIN
     ATTORNEY FOR DEFENDANTS INTERNATIONAL
     HORTICULTURAL TECHNOLOGIES, LLC, AND
     GARY R. HARTMAN, AS MANAGING MEMBER OF
     INTERNATIONAL HORTICULTURAL
     TECHNOLOGIES, LLC